IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

BLUEGRASS, LLC.,

          Plaintiff,

v.                                CIVIL ACTION NO. 2:20-cv-00414

STATE AUTOMOBILE MUTUAL
INSURANCE COMPANY,

          Defendant.

## JUDGMENT ORDER

In accordance with the accompanying memorandum opinion and order granting the defendant's motion to dismiss, the court **ORDERS** that judgment be entered in favor of the defendant, and that this case be dismissed and stricken from the docket.

The court **DIRECTS** the Clerk to send a certified copy of this Judgment Order to counsel of record and to any unrepresented party.

ENTER: January 6, 2021

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE